B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)                Case Number **15−56607−pwb**

UNITED STATES BANKRUPTCY COURT Northern District of Georgia

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/8/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Wilson Lee Burrus III<br>6424 Revena Drive `<br>Morrow, GA 30260 | Josette Burrus<br>aka Josette Rutland Burrus<br>6424 Revena Drive `<br>Morrow, GA 30260 |
| Case Number:<br>15−56607−pwb | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2728<br>xxx−xx−9074 |
| Attorney for Debtor(s) (name and address):<br>E. L. Clark<br>Clark & Washington, P.C.<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341<br>Telephone number: 404−522−2222 | Bankruptcy Trustee (name and address):<br>Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br>Telephone number: (404) 873−8596 |

### Meeting of Creditors

Date: **May 13, 2015**                                                                 Time: **02:00 PM**

Location: **Third Floor − Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/13/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404−215−1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 4/9/15 |

## EXPLANATIONS        B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, selecting your language, and then pressing 18 to access the Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet, days, night and weekends. The

cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $15. If your balance is less than $15, no statement will be mailed and payment will be deferred until the balance due is greater than $15. The statement will only include the total amount due.

```
                                United States Bankruptcy Court
                                 Northern District of Georgia
In re:                                                                                   Case No. 15-56607-pwb
Wilson Lee Burrus, III                                                                   Chapter 7
Josette Burrus
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: simpsonk               Page 1 of 2                Date Rcvd: Apr 09, 2015
                              Form ID: b9a                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2015.
db/jtdb       +Wilson Lee Burrus, III,   Josette Burrus,   6424 Revena Drive ‘,   Morrow, GA 30260-2643
18952094      +Automobile Acceptance,   Pob 961926,   Riverdale, GA 30296-6914
18952095      +Child Support Enforcement/ NC,   Nc Child Support Enforcement,   Po Box 20800,
                Raleigh, NC 27619-0800
18952096      +Cmpptnrs/columbus Coll,   Po Box 3176,   Winston Salem, NC 27102-3176
18952098      +Delta Services Corpo,   2785 Lawrenceville Hwy,   Decatur, GA 30033-2515
18952099      +Dixie Finance Compan,   45 B Walton Street Nw,   Atlanta, GA 30303-2310
18952103      +Infte Energy,   7001 Sw 24th Ave,   Gainesville, FL 32607-3704
18952104      +Modern Finance & Inv,   41 Forsyth St,   Atlanta, GA 30303-2201
18952105      +Monterey Col,   4095 Avenida De La Plata,   Oceanside, CA 92056-5802
18952107      +North Amercn,   2810 Walker Rd,   Chattanooga, TN 37421-1082
18952110      +Professnl Acct Mgmt In,   Pam Po Box 391,   Milwaukee, WI 53201-0391
18952111      +Scana Energy Marketing,   3344 Peachtree Rd Ne Ste,   Atlanta, GA 30326-4808
18952112      +Staniscccontr,   914 14th St,   Modesto, CA 95354-1011
18952113      +Stellar Recovery Inc,   4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
18952114      +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
18952115      +Yes Companies LLC DBA Valley Brook,   3105 Washington Road,   Suite C,   Atlanta, GA 30344-5434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecfnotices@cw13.com Apr 09 2015 21:46:01      E. L. Clark,
                Clark & Washington, P.C.,   Bldg. 3,   3300 Northeast Expwy.,   Atlanta, GA  30341
tr            +EDI: QNCGORDON.COM Apr 09 2015 20:43:00      Neil C. Gordon,   Arnall, Golden & Gregory, LLP,
                Suite 2100,   171 17th Street, NW,   Atlanta, GA 30363-1031
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 09 2015 21:48:24
                Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
                Atlanta, GA 30303-3315
18952092      +EDI: ACBK.COM Apr 09 2015 20:43:00      American Credit Accept,   961 E Main St,
                Spartanburg, SC 29302-2185
18952097      +E-mail/Text: creynolds@csa-inc.biz Apr 09 2015 21:46:12      Collection Svc Of Athe,
                Attn:Bankruptcy,   Po Box 8048,   Athens, GA 30603-8048
18952100      +EDI: AMINFOFP.COM Apr 09 2015 20:43:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
18952101      +EDI: FORD.COM Apr 09 2015 20:43:00      Ford Motor Credit,   P.O. Box 542000,
                Omaha, NE 68154-8000
18952102      +EDI: IIC9.COM Apr 09 2015 20:43:00      IC System,   Attn: Bankruptcy,
                444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
18952108      +E-mail/Text: ABENTLEY@OKINUS.COM Apr 09 2015 21:46:08      Okinus, Inc,   157 West Railrd  St,
                Pelham, GA 31779-1631
18952109      +E-mail/Text: Bankruptcy@PDQServices.net Apr 09 2015 21:49:57      Pdq Services Inc,
                700 Churchill Ct. Suite 200,   Woodstock, GA 30188-6841
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18952106       no name on CR Liability
18952093     ##+Auto Credit Of Atlan,   375 Franklin Rd,   Marietta, GA 30067-7741
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2015                                         Signature:  /s/Joseph Speetjens

```
District/off: 113E-9           User: simpsonk              Page 2 of 2                   Date Rcvd: Apr 09, 2015
                               Form ID: b9a                Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2015 at the address(es) listed below:
              E. L. Clark    on behalf of Debtor Wilson Lee Burrus, III ecfnotices@cw13.com,
               cwatlantabk@gmail.com
              E. L. Clark    on behalf of Joint Debtor Josette  Burrus ecfnotices@cw13.com,
               cwatlantabk@gmail.com
              Neil C. Gordon     angela.ford@agg.com,    carol.stewart@agg.com;ngordon@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                            TOTAL: 4
```